CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 11 2017

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk
DEPUTY CLERK

In the United States District Court
For the Western District of Virginia
Roanoke Division

SHAKIR MALIK SKINNER,              Civil Action Number: 7:17-CV-00118
   Plaintiff,

v.                                 ORDER

UNKNOWN,                           BY: Hon. Robert S. Ballou
   Defendant.                      United States Magistrate Judge

### Amended Complaint

On August 29, 2015 at United States Penitentiary Hazelton I injured my right shoulder while playing flag football. As a result of my injury my right shoulder bone is popping up visibly showing. I notified medical staff (Longo, Devin) a Registered Nurse at United States Penitentiary Hazelton at 7:22 p.m. that day and it was stated and documented that a X-ray was needed. The facility ended up getting locked down and I was never seen afterwards until January 28, 2016 for a X-ray. My results came back that I had a (Grade 3 A/C Joint Dislocation) and I was placed for an orthopedic consult. I continued complaining of pain afterwards but still was never seen by anyone. I wrote to (Meyer, Christopher PA-C) at United States

Penitentiary Hazelton on May 16, 2016 complaining of shoulder pain and not being seen for orthopedic consult and still nothing was done. I was going thru excruciating pain and developed a ball in the back right side of skull, I lost complete feeling in right collar bone area and loss of feeling in right hand and I never got any medical help. I was transferred to United States Penitentiary Lewisburg on August 15, 2016 without shoulder injury being taken care of. I notified medical staff (Pigos, Kevin MD/Clinical Director) of United States Penitentiary Lewisburg on September 15, 2016 at 10:36 a.m. of shoulder pain and injury but nothing was done. I complained afterwards numerous times to (Alama, F MLP) at United States Penitentiary Lewisburg of shoulder injury and constant pain and he never did anything to see about my shoulder. On November 23, 2016 I again notified (Lupold, Todd PA-C) at United States Penitentiary Lewisburg and he said I was supposed to be seen by someone but was never seen at all. I again notified (Lupold, Todd PA-C) at United States Penitentiary Lewisburg. He told me when I complained to him again of pain and shoulder injury and not being seen yet he told me that their is a gastrointestinal

Pg. 2

Condition going on within the (SMU) special management population and that my shoulder pain and injury was less important and that it is not his fault that United States Penitentiary Hazelton allowed me to be transfered like this. I was then notified that I was scheduled to see an orthopedic consult and to sign-up for daily sick-call for concerns of pain to be adressed by primary care provider. I continued in doing so and still was never seen by anyone. On January 3, 2017 I was examined by (Orthopedic consultant Dr. Ball) at United States Penitentiary Lewisburg and he said that being as though this happened 2 years ago that their is nothing that can be done for my shoulder and that I am going to be permanetly disabled and damaged for the rest of my life in my right shoulder. He said had it been attended to 2 years ago he would have been able to fix it. He told me that I also had (carpal tunnel syndrome) a pinched nerve in my right wrist leading into my right hand. Also that I have pectoral muscle atrophy and the only thing that can be done is saw part of my right shoulder bone off to keep it from grinding against my other bone and to do surgery on my

Pg. 3

wrist to try and fix the carpal tunnel in my right hand. Due to the dereliction of medical staff I have incurred many disabilities in my shoulder and my hand if they had properly given me medical attention back in 2015 when the injury could have been totally taken care of then.

## Claim #2

I went thru with exhausting my administrative process starting with my BP-8, BP-9, BP-10 when I sent my BP-11 out to finish the process I never recieved notice that it was recieved. I got my counselor to check the computer to see if it was recieved and he said it was nothing in the computer saying they got it. Still to this date I never got a response back from my BP-11. My mail to my family also has been getting switched and interfered with since I have starting filing. Due to the interference of my mail by the institution of United States Penitentiary Lewisburg I have been having problems with sending out and recieving back my legal mail and writing

Pg. 4

and recieving mail with my loved ones.

(Meyer, Christopher PA-C): He is a physician assistant at United States Penitentiary Hazelton he is in charge of basic medical needs. On May 15, 2016 I notified him that I was in alot of pain and that my shoulder was getting worst and that I needed medical attention but all he did was reply back and say I have an approved orthopedic consult appointment that was it and I still never got any medical attention at United States Penitentiary Hazelton for my pain or injury.

(Joe Coakley Complex Warden): He is in charge of health and security at United States Penitentiary Hazelton.

(David J. Ebbert Warden): He is in charge of health and security at United States Penitentiary Lewisburg and oversees all medical staff and employees. He failed to move promptly to render me medical care when I tried to write him. *(His letter of denial is enclosed)

Pg. 5

(M.D. Carvajal Regional Director): He oversees everything in the Northeast Region. He failed to move promptly to render me medical care when I tried to write him.
*(His letter of denial is enclosed)

(Alama, E MLP): He is in charge of providing medical service to inmates at United States Penitentiary Lewisburg. I kept complaining to him of shoulder condition and constant pain he never followed up on it or reported the complaint to the head doctor or attend further to my medical needs.

(Pigos, Kevin MD/Clinical Director): He is in charge of direct observation of patients at United States Penitentiary Lewisburg On September 15, 2016 at 10:36 a.m. I notified him of shoulder pain and injury but he never did anything. He also laughed at me and told me that it looks like you will be handicap for the rest of your life when the orthopedic Dr. Ball told me it was nothing that can be done for my shoulder.

Pg. 6

(Lupold, Todd PA-C): He is a physician assistant at United States Penitentiary Lewisburg. He is in charge of basic medical needs. On November 23, 2016 I notified him of pain and he lied and said that I would be pulled out but I was never seen. He also told me after I complained to him of pain again that their is a gastrointestinal condition going on within the (SMU) Special Management Unit population and that my shoulder pain and condition was less important and that it is not his fault that United States Penitentiary Hazelton let me come here like this.

(Edinger, Andrew MD): He is in the United States Penitentiary Lewisburg and is the head doctor. He told me he does not know how United States Penitentiary Hazelton allowed me to transfer with my shoulder messed up like this.

(Dr. Ball Orthopedic Consultant): He is an outside contractor in charge of the concern for correction or prevention of skeletal injuries

Pg. 7

or disorders, for the United States Penitentiary Lewisburg. On January 3, 2017 when he examined me he said that being as though this happened 2 years ago that their is nothing that can be done for my shoulder and that im going to be permanetly disabled and damaged in my right shoulder for the rest of my life and that if it had been attended to 2 years ago when it happened he would have been able to fix it.

-Shakir Skinner

*Shakir Skinner*

Pg. 8

In THE United States District Court
For THE Western District of Virginia
Roanoke Division

Shakir Malik Skinner          Civil Action Number: 7:17-CV-00118
    Plaintiff,
v.                             ORDER
Unknown,                       By: HON. Robert S. Ballou
    Defendant.                 United States Magistrate Judge

## Relief Sought

I would like to be compesated with 2 million dollars Reguarding to my medical issues and all parties to be held liable, also an additional $500,000.00 for the interfering with my mail being sent out and recieved.

-Shakir Skinner

*Shakir Skinner*



Shakir Skinner #50463-007
United States Penitentiary Lewisburg
P.O. Box 1000
Lewisburg, PA 17837

sh m

HARRISBURG PA 171
08 MAY 2017 PM 2 L

Clerk
United States District Court
210 Franklin Road S.W. Suite 540
Roanoke, VA 24011-2208

24011-220840

* Legal Mail